# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:07CR500 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| FADIL BARRETT, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on March 16, 2018 and a superseding violation report was filed on January 11, 2019. The Court referred this matter to Magistrate Judge George J. Limbert to conduct appropriate proceedings and to file a report and recommendation. The magistrate judge reported that a supervised release violation hearing was held on March 8, 2019. The defendant admitted to the following violations:

1. New Law Violation;
2. Illicit Drug Use;
3. Leaving the Judicial District without Permission from the Court or Probation Officer.

The magistrate judge filed a report and recommendation on March 8, 2019, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervision.

A final supervised release violation hearing was conducted on March 28, 2019. Defendant Fadil Barrett was present and represented by Attorney Carolyn Kucharski. The

United States was represented by Assistant United States Attorney Rebecca Lutzko. United States Probation Officer William Radaker was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of fifty-one (51) months, with credit for time served in Federal Custody from May 2, 2018 to September 25, 2018. The Court recommends that the defendant be placed at FCI Elkton; that the defendant participate in any trades programs offered at the designated facility; and that the defendant be considered for placement in a halfway-house pursuant to the Second Chance Act.

Upon release from custody, the defendant is placed on supervised release for seven (7) years with the same terms and conditions of supervised release as previously ordered. The Court recommends that the defendant be considered for the reentry program in the Northern District of Ohio.

Defendant remanded to the custody of the US Marshal.

**IT IS SO ORDERED**.

Dated: March 28, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**