**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:07-cr-500 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| FADIL BARRETT, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on May 29, 2024. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on July 3, 2024. The defendant admitted to the following violation:

1. Unauthorized Use of Drugs; and
2. New Law Violation.

The magistrate judge filed a report and recommendation on July 8, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 2.

A final supervised release violation hearing was conducted on July 23, 2024. Present were the following: Assistant United States Attorney Marc Bullard, representing the United States; Attorney Gregory Robey, representing the defendant; the defendant Fadil Barrett, and United States Probation Officer Candice Bryant.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 36 months, to be served consecutively to his unexpired sentence in Lake County Common Pleas Court Case No. 23CR001366. Upon release from imprisonment, the defendant is to be on supervised release for a term of 5 years, with the same terms and conditions as previously set by the Court.

 Defendant remanded.

**IT IS SO ORDERED**.

 Dated: July 23, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2